# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: DAVID E PEREIRA RIVERA

Bkrtcy. No. 11-04530-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

- Petition Filing Date: May 31, 2011
- Meeting Date: Jul 01, 2011
- DC Track No. 26
- Days from petition date: 31
- Meeting Time: 3:00 PM
- 910 Days before Petition: 12/2/2008
- ☐ Chapter 13 Plan Date: May 31, 2011 Dkt.# 2   ☐ Amended.
- This is debtor(s) 1 Bankruptcy petition.
- Plan Base: $7,600.00
- This is the 1 Scheduled Meeting
- Confirmation Hearing Date: Aug 12, 2011   Time: 2:30 PM
- Payment(s) ☐ Received or ☒ Evidence shown at meeting:
- Ck/MO No.: 0958
- Date: 6/30/11
- Amount: $200.00
- Total Paid In: $0.00

### I. Appearances:
- ☐ Telephone ☐ Video Conference
- ☒ Debtor Present ☒ ID & Soc. OK ☐ Debtor Absent
- ☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
- Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present ☐ Not Present
- ☐ Substitute attorney: Henriquez   ☐ Pro-se.
- ☐ Creditor(s) present:  ☒ None.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: MARILYN VALDES ORTEGA*
- Total Agreed: $3,000.00
- Paid Pre-Petition: $225.00
- Outstanding: $2,775.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear;   ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
- Debtor(s) Income is (are) ☒ Under ☐ Above Median Income.
- Liquidation Value: 0
- Commitment Period is ☒ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: N/A
- 7% The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation:
- ☐ FEASIBILITY [§1325(a)(6)]
- ☐ INSUFFICIENTLY FUNDED
- ☐ To pay §507
- ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS
- ☐ Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements
- ☐ Plan not filed in Good Faith §1325(a)(3)
- ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
① Will be sent via mail.

② Submit Evidence DSO post petition payments. Showed at meeting.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Jul 01, 2011